1  LAW OFFICE OF IAN CHOWDHURY
   IAN CHOWDHURY (SBN 199018)
2  8853 Fullbright Avenue
   Winnetka, CA 91306
3  Telephone: (818) 407-0510
   Facsimile: (818) 337-2215
4  E-mail: ian@ianchowdhury.com

5  Attorney for Plaintiff,
   Frank Miller
6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank Miller, | Case No.: 2:13-cv-8235-SJO (SSx) |
| Plaintiff, | **STIPULATION OF DISMISSAL PURSUANT TO CONFIDENTIAL SETTLEMENT** |
| v. | |
| Edgewater Financial Services, Inc. and Pioneer Credit Recovery, | The Hon. James S. Otero |
| Defendant | ACTION FILED: 11/6/2013<br>TRIAL DATE: None set |

Miller v. Edgewater, Case No. 2:13-cv-8235-SJO (SSx), Stipulation of Dismissal

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED** by and between the parties through their counsel of record, that, consistent with the confidential settlement between the parties, the above-captioned be and hereby is dismissed with prejudice, pursuant to Fed. R.Civ. Proc. 41(a)(1), with each party to bear his or its own attorney's fees and costs. Notice of said settlement was initially filed on January 15, 2014.

DATED: February 6, 2014           LAW OFFICE OF IAN CHOWDHURY

                                  /s/ Ian D. Chowdhury
                                  IAN D. CHOWDHURY
                                  Attorney for Plaintiff

DATED: February 6, 2014           SIMMONDS & NARITA LLP

                                  /s/ Lindsey A. Morgan
                                  LINDSEY A. MORGAN
                                  Attorneys for Defendants

Miller v. Edgewater, Case No. 2:13-cv-8235-SJO (SSx), Stipulation of Dismissal