**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** CV 13-08235 SJO (SSx)     **DATE:** February 10, 2014

**TITLE:** Frank Miller v. Edgewater Consulting Group LLC et al
========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| Victor Cruz | Not Present |
| --- | --- |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present     Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the STIPULATION to Dismiss Case pursuant to Fed.R.Civ.Proc. 41(a)(1) pursuant to settlement filed by plaintiff Frank Miller [14] filed 02/07/2014. Accordingly, the Court Orders this matter dismissed pursuant to the STIPULATION to Dismiss Case.